AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-08994-JPC |
| ON TV TONIGHT PTY LTD., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ON TV TONIGHT PTY LTD.

Date: 11/30/2020

*[signature]*
*Attorney's signature*

Excylyn J. Hardin-Smith (EHS7780)
*Printed name and bar number*

Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
*Address*

hardin-smith@fr.com
*E-mail address*

(212) 765-5070
*Telephone number*

(212) 258-2291
*FAX number*