## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GLOBAL INTERACTIVE MEDIA, INC.,** | |
| Plaintiff, | Case No. 1:20-cv-08994-JPC |
| v. | Patent Case |
| **ON TV TONIGHT PTY. LTD.,** | Jury Trial Demanded |
| Defendant. | |

### DEFENDANT ON TV TONIGHT PTY. LTD.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for On TV Tonight Pty. Ltd. ("On TV") states that On TV has no parent corporation and no publicly held corporation own 10% or more of its stock.

Dated: November 30, 2020         FISH & RICHARDSON P.C.

By: */s/ Excylyn J. Hardin-Smith*
Excylyn J. Hardin-Smith (EHS7780)
hardin-smith@fr.com
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 763-5070
Fax: (212) 258-2291

Neil J. McNabnay (*pro hac vice forthcoming*)
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad (*pro hac vice forthcoming*)
conrad@fr.com
Texas Bar No. 24049042
Collin J. Marshall (*pro hac vice forthcoming*)
cmarshall@fr.com
Texas Bar No. 24109509
Sarika N. Patel, *pro hac vice* to be filed
patel@fr.com
Texas Bar No. 24073520

1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

**ATTORNEYS FOR DEFENDANT
ON TV TONIGHT PTY. LTD.**