IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ON TV TONIGHT PTY LTD.,<br><br>　　　　　　Defendant. | Civil Action No.  1:20-cv-08994-JPC |

[~~PROPOSED~~] ORDER

It is hereby ORDERED that all claims asserted by Plaintiff against Defendant are dismissed WITH PREJUDICE, and all counterclaims asserted by Defendant against Plaintiff are dismissed WITHOUT PREJUDICE, with each Party to bear its own costs, expenses and attorneys' fees.

Dated: March 22, 2021

_____
UNITED STATES DISTRICT JUDGE